UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18CR00769JAR |
| ) | |
| ALAN COHEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF RECUSAL**

Upon review I have determined that I should disqualify myself from this case to avoid any potential appearance of impropriety.  See 28 U.S.C. § 455.  I will therefore direct the Clerk of Court to assign the case randomly to a different Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

Dated this 24th day of October, 2018.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE