**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18CR00769 ERW |
| ) | |
| ALAN COHEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Alan Cohen shall abide by all orders of his United States Pretrial Services officer regarding transportation from St. Louis, Missouri to Montgomery, Alabama to report to the United States Penitentiary to begin serving his sentence. If Mr. Cohen continues to disobey, disregard, or otherwise challenge the orders of the Pretrial Services officer, the Court will order the United States Marshals to immediately take Mr. Cohen into custody to deliver him to the prison. Any future communications between Mr. Cohen and the Court shall be made through Mr. Cohen's counsel.

So Ordered this 7th day of February, 2019.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE